UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCY VELASQUEZ, | No. 1:12-CV-3904 NJV |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| CHAD ALAN SMITH, *et al.*, | |
| Defendants. | |

On October 8, 2012, Plaintiff filed a notice of voluntary dismissal of this entire action pursuant to Rule 41(a), Federal Rules of Civil Procedure. (Docket No. 5.) No opposing party has yet appeared in this action. Accordingly, this action is HEREBY DISMISSED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 9, 2012

NANDOR J. VADAS
United States Magistrate Judge